188 So. 75

### Monroe DYE v. STATE.
### 8 Div. 976.

Supreme Court of Alabama.

April 13, 1939.

Wm. Stell, of Russellville, for the motion.

Thos. S. Lawson, Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Monroe Dye for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the Case of Dye v. State, 188 So. 74.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.